| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| JASON DENT, | § | |
| Plaintiff, | § § § | |
| *versus* | § § | CIVIL ACTION NO. 1:18-CV-42 |
| DALLAS B. JONES, *et al.*, | § § § | |
| Respondent. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, Jason Dent, an inmate formerly confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type complaint against defendants Dallas B. Jones, S. Salem, W. Holzapfel, FNU Cutright, J.F. Caraway, S. Ledet, FNU Childress, FNU Bunker and FNU Froisness.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the complaint be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 5th day of September, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE